

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Antonio VASQUEZ-Santos**<br><br>Defendant. | Magistrate Case No. 25-mj-03415-MSB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **June 11, 2025**, within the Southern District of California, defendant, **Antonio VASQUEZ-Santos**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Victoria Guzman, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1 ON JUNE 18, 2025.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On **June 11, 2025**, the defendant identified as **Antonio VASQUEZ-Santos**, was arrested by the San Diego Sheriff's Office, in San Diego County, California, violation of California Vehicle Code, Section(s): "23152(A) DUI ALCOHOL/DRUGS Severity (Misdemeanor), 23152(B) DUI ALCOHOL/0.08 PERCENT (Misdemeanor), 20002(A) HIT AND RUN: PROP DAMAGE (Misdemeanor), 14601.2(A) DRIV:SUSP/ETC LIC:DUI:VIO, INCL:OFF HWY VEH (Misdemeanor), 23152(A) DUI ALCOHOL/DRUGS (Misdemeanor) and 23152(B) DUI ALCOHOL/0.08 PERCENT (Misdemeanor)" and booked into the Vista Detention Center. While in the custody of Vista Detention Center, a Deportation Officer with Immigration and Customs Enforcement (ICE); Enforcement and Removal Operations (ERO), determined VASQUEZ-Santos to be a citizen of Mexico, who was previously removed from the United States to Mexico. The Deportation Officer placed a DHS Form I-247A, "IMMIGRATION DETAINER- NOTICE OF ACTION," pending his release from local custody. VASQUEZ-Santos is currently in custody at the Vista Detention Center pending approval of an I-247 Immigration Detainer that was submitted.

A review of official immigration database record checks revealed VASQUEZ-Santos was apprehended by the U.S. Border Patrol and served an Expedited Removal on or about June 17, 2009, and physically removed to Mexico on or about that date, via the San Ysidro, California Port of Entry. VASQUEZ-Santos was last removed on November 27, 2017, via the San Luis, Arizona Port of Entry.

A review of official immigration database records including Central Index System (CIS) and Enforcement and Removal Module (EARM) indicate VASQUEZ-Santos has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.